AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**EASTERN** DISTRICT OF **VIRGINIA**
Richmond Division

FILED
JUN 26 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA

v.

**JOSHUA CLAYTON BRADY**

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:13MJ293

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about __June 25, 2013__ in the __Eastern__ District of __Virginia__, the defendant did knowingly and falsely assume, pretend to be, and act as an officer and employee acting under the authority of the United States and any department, agency, and officer thereof

in violation of Title(s) __18__ United States Code, Section(s) __912__.

I further state that I am a(n) __Special Agent, Department of Homeland Security__ and that this complaint is based on the following facts:
Official Title

**SEE ATTACHED AFFIDAVIT**

REVIEWED AND APPROVED:

_/s/ Michael C. Moore_
Michael C. Moore
Assistant United States Attorney

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_/s/ Kevin D. Hogancamp_
Kevin D. Hogancamp, Special Agent
Department of Homeland Security

Sworn to before me and subscribed in my presence,

__June 26, 2013__                                              at __Richmond, Virginia__
Date                                                                              City and State

David J. Novak
United States Magistrate Judge
Name & Title of Judicial Officer                              Signature of Judicial Officer

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

David J. Novak
United States Magistrate Judge

## AFFIDAVIT

I, Kevin D. Hogancamp, Special Agent with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) stationed at the Office of the Assistant Special Agent in Charge (ASAC) Norfolk, Virginia, 400 N. 8th Street, Richmond, VA, being duly sworn, depose and state as follows:

## INTRODUCTION

1. Your affiant obtained the information set forth in this affidavit either through personal knowledge or directly from other law enforcement officers having knowledge of this case.

2. This affidavit is submitted in support of a criminal complaint and warrant for the arrest of Joshua Clayton BRADY, aka Jacob ATTLINGER.

3. This request for an arrest warrant is made in relation to the following offenses occurring in the Eastern District of Virginia (EDVA) and elsewhere: Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, in violation of Title 18 USC Section 912.

## FACTS AND CIRCUMSTANCES

4. On June 23, 2013, DHS/HSI received information from Virginia State Police (VSP) in regards to an individual using the name Jacob ATTLINGER, who was representing himself as a Department of Homeland Security Officer utilizing the telephone number 804-356-1115.

5. On June 24, 2013, DHS/HSI received information from the Security Manager at St. Francis medical center in Midlothian, Virginia in regards to an individual using the name Jacob ATTLINGER, who was representing himself as a Department of Homeland Security Officer utilizing the telephone number 804-356-1115

6. During the telephone conversation with the Security Manager at St. Francis medical center, ATTLINGER stated he wanted to utilize a patient's room at St. Francis medical center to conduct an undercover operation. ATTLINGER also inquired about obtaining video footage from the security department.

7. On June 24, 2013, DHS/HSI received information from VCU Police Department that an individual using the name Jacob ATTLINGER who was representing himself as a Homeland Security Investigations Special Agent utilizing the telephone number 804-356-1115.

8. During the call between the VCU Police Department and ATTLINGER, ATTLINGER requested a room at VCU Medical Center in the critical care department that could be equipped with audio and video surveillance equipment for an undercover operation that ATTLINGER would like to execute by June, 27, 2013. ATTLINGER stated that he is employed by "HSI / Homeland Security Investigations".

1

9. On June 25, 2013, DHS/HSI conducted employee record queries for an employee by the name of Jacob ATTLINGER and any variation of the name with negative results. Further DHS/HSI conducted records queries for any former employee and applicant by the name of Jacob ATTLINGER and any variation of the name with negative results.

10. On June 25, 2013, ATTLINGER utilizing the 804-356-1115 contacted the Security Manager at St. Francis medical center in Midlothian, Virginia identifying himself has employee of Homeland Security Investigations.

11. During the conversation ATTLINGER requested a meeting with the Hospital administration on June 26, 2013. ATTLINGER provided Security Manager at St. Francis medical center with two email address that can reached at; jacob.attlinger@dhs.gov, jacob.attlinge4@leo.gov.

12. On June 26, 2013, DHS/HSI Special Agents interviewed Patricia Moyer Shadel an associate of Joshua Clayton BRADY, aka Jacob ATTLINGER, Shadel advised that telephone number 804-356-1115 is used by Joshua Clayton BRADY, aka Jacob ATTLINGER. Shadel stated that BRADY had food delivered to her husband's hospital room in June of 2013. Shadel advised following her husband's death on June 6, 2013, that she met BRADY at a Starbucks in Chester, Virginia, were BRADY assisted with Shadel's husband death benefits, specifically with acquiring the DD-214 form.

13. On June 26, 2013, Federal Bureau of Investigations Special Agent Jim Melia positively identified Jacob ATTLINGER voice as Joshua Clayton BRADY on a recorded telephone call on June 25, 2013, between the Security Manager at St. Francis medical center and Jacob ATTLINGER.

## CONCLUSION

14. Accordingly, pursuant to the facts set forth above, I submit that probable cause exists for an seek the issuance of a criminal complaint and warrant for the arrest of Joshua Clayton BRADY, aka Jacob ATTLINGER for violations of Title 18, U.S.C., Section 912.

Kevin D. Hogancamp
Special Agent, HSI

Subscribed and sworn to, before me this 26th day of June 2013 in Richmond, VA

/S/
David J. Novak
United States Magistrate Judge

2