AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

__EASTERN__ DISTRICT OF __VIRGINIA__
Richmond Division

UNITED STATES OF AMERICA

V.

**JOSHUA CLAYTON BRADY**

## WARRANT FOR ARREST

CASE NUMBER: 3:13 MJ 293

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Joshua Clayton Brady__
                                                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

IMPERSONATING A FEDERAL OFFICER
~~Bank Fraud~~

in violation of Title __18__ United States Code, Section(s) __912__

Name of Issuing Officer

Signature of Issuing officer

Title of Issuing Officer

June 26, 2013   Richmond, VA.
Date and Location

/S/
David J. Novak
United States Magistrate Judge

Bail fixed at $ _____ by _____
                                                                   Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at __South Chesterfield, VA__

| DATE RECEIVED 6/26/2013 | NAME AND TITLE OF ARRESTING OFFICER S/A Kevin Hogancamp | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/26/2013 | | |