IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PROCEEDINGS BEFORE MAGISTRATE JUDGE _Novak_  DATE: _6/27/13_

CASE NO. _3:13mj293_   INTERPRETER _____

Tape NO. _FTR_

U.S. v. _Joshua Clayton Brady_

Counsel for Government _Michael C. Moore_

Counsel for Defendant(s) _____

WITNESSES: _____

PROCEEDINGS:   INITIAL APPEARANCE ✓   DETENTION HEARING ___

- ✓ Govt's motion to unseal indictment, granted  ARREST DATE _6/27/13_
- ✓ Court summarized charges
- ✓ Court advises of deft's Rule 5 rights
- ___ Financial Affidavit submitted for approval
- ✓ ~~CJA~~ counsel to be appointed, FPD, Mary Maguire
- ___ Deft. to retain counsel
- ___ Govt's motion to detain deft. ___granted ___denied
- ___ Deft requests continuance to prepare for detention hearing
- ___ Govt. requests continuance to prepare for detention hearing
- ✓ Detention hearing set for _7-1-13 at 10:00am_
- ___ Order of Temporary Detention pending hearing
- ___ Govt. adduced evidence, rested
- ___ Deft. adduced evidence, rested
- ___ Arguments heard
- ___ Findings stated from the bench

MJ FORM 2)

_____       Order of Detention Pending Trial
_____       Court: Orders bond set at _____

_____ Residence/travel restricted to EDVA
_____ Pretrial Supervision
_____ No drugs, firearms, alcohol
_____ Maintain/seek employment
_____ Avoid contact with potential witnesses, victims, etc.
_____ substance abuse testing and treatment; pay costs
_____ Electronic monitoring; pay costs
_____ 3rd party custodian
_____ Maintain contact with attorney
_____ Surrender passport _____ obtain no passport
_____ If deft pleads guilty or found guilty report to PO
_____ May report to AUSA as long as attorney is present
_____ Remain inside and may only leave with approval of Pretrial
_____ Additional conditions:

D/P 7-1-13 at 10:00 am
Deft. remanded

Case set: 11:00   Case called: 10:57   Case ended: 11:02   Total: _____