IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 3:13MJ293

JOSHUA CLAYTON BRADY

## TEMPORARY DETENTION ORDER

Based on the nature and seriousness of the offense charged, it is ORDERED that:

1. A Detention Hearing be held.

2. The hearing be held at the United States District Court, Richmond, Virginia, on Monday, July 1, 2013 at 10:00 a.m.

3. The defendant is committed to the custody of the Attorney General of the United States pursuant to 18 U. S.C. Section 3142(f) for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

4. The defendant be afforded reasonable opportunity to consult with his attorney.

5. The person in charge of the corrections facility deliver the defendant to the United States Marshal on order of a Court of the United States or on request of an attorney for the government.

6. The person in charge of the corrections facility deliver the defendant to the United States Marshal and the United States Marshal produce the defendant before this Court on Monday, July 1, 2013 at 10:00 a.m. for further proceedings.

7. The Preliminary Hearing shall be held at the same time as the Detention Hearing unless otherwise objected to by either party.

Let the Clerk send a copy of this order to all counsel of record and to the United States Marshal for this District.

/s/
David J. Novak
United States Magistrate Judge

Dated: June 27, 2013