IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PROCEEDINGS BEFORE MAGISTRATE JUDGE **Novak** DATE: **7-1-13**

CASE NO. **3:13mj293**     INTERPRETER _____

Tape NO. **FTR**

U.S. v. **Joshua Clayton Brady**

---

Counsel for Government    **Michael C. Moore**

Counsel for Defendant(s)    ~~Mary E. Marguire~~
                         **Carolyn V. Grady**

WITNESSES: **Kevin D. Hogancamp, Special agent**

PROCEEDINGS: INITIAL APPEARANCE ____    **Preliminary/** DETENTION HEARING ✓

- ____ Gov't's motion to unseal indictment, granted
- ____ ARREST DATE _____
- ____ Court summarized charges
- ____ Court advises of deft's Rule 5 rights
- ____ Financial Affidavit submitted for approval
- ____ CJA counsel to be appointed
- ____ Deft. to retain counsel
- ____ Gov't's motion to detain deft. ____ granted ____ denied
- ____ Deft requests continuance to prepare for detention hearing
- ____ Gov't. requests continuance to prepare for detention hearing
- ____ Detention hearing set for _____
- ____ Order of Temporary Detention pending hearing
- ✓ Gov't. adduced evidence, rested
- ____ Deft. adduced evidence, rested
- ✓ Arguments heard
- ✓ Findings stated from the bench

MJ FORM 2

_____ ✓

_____   Order of Detention Pending Trial
         Court: Orders bond set at _____

         _____ Residence/travel restricted to EDVA
         _____ Pretrial Supervision
         _____ No drugs, firearms, alcohol
         _____ Maintain/seek employment
         _____ Avoid contact with potential witnesses, victims, etc.
         _____ substance abuse testing and treatment; pay costs
         _____ Electronic monitoring; pay costs
         _____ 3rd party custodian
         _____ Maintain contact with attorney
         _____ Surrender passport   _____ obtain no passport
         _____ If deft pleads guilty or found guilty report to PO
         _____ May report to AUSA as long as attorney is present
         _____ Remain inside and may only leave with approval of Pretrial
         _____ Additional conditions:

         _____
         _____
         _____
         _____

Probable cause found to support petition.
Deft remanded pending trial.

(See also 3:11CR314)

Case set: 10:00   Case called: 10:01   Case ended: 10:19   Total: _____