

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:13cr \_\_\_\_ |
| | ) | |
| | ) | Impersonating a Federal Officer |
| v. | ) | 18 U.S.C. § 912 |
| | ) | (Counts 1 & 2) |
| JOSHUA CLAYTON BRADY, | ) | |
| a.k.a. "Jacob Attlinger," | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INDICTMENT

July 2013 TERM - At Richmond, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about June 23-25, 2013, in the Eastern District of Virginia and within the jurisdiction of this Court, defendant JOSHUA CLAYTON BRADY, also known as "Jacob Attlinger," knowingly and falsely assumed and pretended to be an officer and employee of the United States acting under the authority thereof, in that he falsely claimed that he was an employee of the United States Department of Homeland Security when arranging a purported undercover operation with officials of Bon Secours St. Francis Medical Center.

(In violation of Title 18, United States Code, Section ~~902.)~~ **912.)**

## COUNT TWO

On or about June 23-25, 2013, in the Eastern District of Virginia and within the jurisdiction of this Court, defendant JOSHUA CLAYTON BRADY, also known as "Jacob Attlinger," knowingly and falsely assumed and pretended to be an officer and employee of the United States acting under the authority thereof, in that he falsely claimed that he was an employee of the United States Department of Homeland Security when arranging a purported undercover operation with officials of Virginia Commonwealth University.

(In violation of Title 18, United States Code, Section 912.)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

A TRUE BILL:

_____
FOREPERSON

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____
Michael C. Moore
Assistant United States Attorney

2