IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.

JOSHUA CLAYTON BRADY,

Defendant.

Criminal Action No. 3:13cr127

## ORDER

The matter comes before the Court on the Government's Motion to Correct the Citation Error in the Indictment. (Dk. No. 11.) Upon mature consideration, the Court GRANTS the motion. The Court DIRECTS the Clerk to amend page one of the indictment by correcting the citation error in Count One. The correct statutory citation should be 18 U.S.C. § 912.

It is SO ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record.

Date: September 3, 2013
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge