

FILED
OCT - 7 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:13cr127 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA CLAYTON BRADY, | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

The parties stipulate that allegations contained in Counts One and Two of the indictment and the following facts are true and correct, and that had this matter gone to trial, the United States would have proven each of them beyond a reasonable doubt:

1. On or about June 23-25, 2013, in the Eastern District of Virginia and within the jurisdiction of this Court, defendant JOSHUA CLAYTON BRADY, also known as "Jacob Attlinger," knowingly and falsely assumed and pretended to be an officer and employee of the United States acting under the authority thereof, in that he falsely claimed that he was an employee of the United States Department of Homeland Security when arranging a purported undercover operation with officials of Bon Secours St. Francis Medical Center.

2. On or about June 23-25, 2013, in the Eastern District of Virginia and within the jurisdiction of this Court, defendant JOSHUA CLAYTON BRADY, also known as "Jacob Attlinger," knowingly and falsely assumed and pretended to be an officer and employee of the United States acting under the authority thereof, in that he falsely claimed that he was an employee of the United States Department of Homeland Security when arranging a purported undercover

operation with officials of Virginia Commonwealth University (VCU).

3. Between June 23 and 25, 2013, an individual using the name "Joseph Attlinger" contacted the Security Manager at St. Francis medical center in Midlothian, Virginia representing himself as a Department of Homeland Security Officer. "Attlinger" used the telephone number 804-XXX-1115. During several conversations with the Security Manager, "Attlinger" claimed that he needed to use a room at St. Francis Medical Center for an undercover human trafficking investigation. He further explained that he would need to monitor and record the activity taking place in the room. The Security Manager recorded one of his conversations with "Attlinger."

4. Between June 23 and 25, 2013, an individual using the name "Joseph Attlinger" contacted the VCU Police Department representing himself as a Department of Homeland Security Officer. "Attlinger" used the telephone number 804-XXX-1115. During several conversations with VCU police officials, "Attlinger" claimed that he needed to use a room at VCU Medical Center for an undercover human trafficking investigation. He further explained that he would need to monitor and record the activity taking place in the room. The VCU Police officer involved recorded one of his conversations with "Attlinger."

5. Agents having interviewed BRADY for considerable lengths of time during the investigation of other matters would identify the voice on the recordings referenced previously as that of BRADY.

6. An associate of BRADY's, as well two other individuals, would identify 804-XXX-1115 as the number they used to communicate with BRADY.

7. BRADY is not and never has been an agent of the Department of Homeland Security or any other federal law enforcement agency.

The actions taken by the defendant as described above were taken willfully, knowingly,

and with the specific intent to violate the law. The defendant did not take those actions by accident, mistake, or with the belief that they did not violate the law. At the time of the actions that give rise to these offenses, the defendant knew that he was not an agent of the Department of Homeland Security and realized that he was falsely representing himself as such. At no time did he believe that he was an agent of the Department of Homeland Security.

          Respectfully submitted,

          DANA J. BOENTE
          ACTING UNITED STATES ATTORNEY

By: _____
    Michael C. Moore
    Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant JOSHUA CLAYTON BRADY and the United States, I stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
JOSHUA CLAYTON BRADY

I am JOSHUA CLAYTON BRADY 's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Mary E. Maguire, Esquire

3